**James KOSTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 69794.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 10, 1996.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, James Koste, appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief without a hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the decision of the motion court was not clearly erroneous. As no jurisprudential purpose would be served by a formal opinion, we affirm the judgment of the motion court pursuant to Rule 84.16(b).